James E. DAGENHART,
et al., Appellants,

v.

CITY OF ST. CHARLES, Respondent.

No. 74916.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 30, 1999.

James A. Borchers, Stuhler & Borchers, P.C., St. Charles, for appellants.

Lyndel H. Porterfield, Andrew J. Minardi, Asst. City Atty., St. Charles, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Appellants, James E. Dagenhart, et al., appeal the judgment of the Circuit Court of St. Charles County in favor of respondent, City of St. Charles, wherein the trial court affirmed the St. Charles City Council's denial of a demolition permit to appellants. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by competent and substantial evidence and no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Madeleine M. OSTRANDER,
Petitioner/Respondent,

v.

John OSTRANDER,
Respondent/Appellant.

No. 74984.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 30, 1999.

Mary Ann Weems, Clayton, for appellant.

Kevin R. Kelly, Hazelwood, for respondent.

Before: MARY K. HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

ORDER

PER CURIAM.

John Ostrander appeals the trial court's judgment denying his Motion to Set Aside a Default Judgment and Decree of Dissolution of Marriage. No error of law appears. We find the trial court's denial of such motion was not an abuse of discretion and, therefore, affirm.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).